## (September 27, 1960)

■ In the Matter of the Arbitration between BALLANTINE BOOKS, INC., Respondent, and CAPITAL DISTRIBUTING COMPANY, Appellant.— Order, dated January 13, 1960, denying petitioner's application to have the office of Chester B. McLaughlin, Jr., Esq., as chairman of the arbitration panel declared vacant, unanimously affirmed, with $20 costs and disbursements to the respondent. The application to replace the chairman of the arbitration panel was premature under the authority of *Matter of Franks (Penn-Uranium Corp.)* (4 A D 2d 39). *Western Union Tel. Co.* v. *Selly* (295 N. Y. 395) is not to the contrary. The court there having appointed the arbitrator had the inherent power to remove him especially since the formal arbitration hearings had not yet been commenced. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SANFORD J. LEEDS, Respondent, v. EL CONQUISTADOR HOTEL CORP. et al., Appellants, et al., Defendants.— Order, dated July 11, 1960, denying defendants-appellants' motion to set aside service of the summons and complaint, unanimously affirmed, with $20 costs and disbursements to the respondent. It is evident that the defendant corporations entered this State, and remained here for upwards of one year to transact the only business they had to conduct up to that time. Accordingly, it was properly found that the corporations were " here " to such extent as to make the service of process upon them valid and effective. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ INGVAR ROBERG et al., Partners Doing Business as R & N CONSTRUCTION Co., Appellants, v. EVYAN, INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ. [7 Misc 2d 851.]

■ In the Matter of ALMA OSBORNE et al., Appellants, v. BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Respondents.— Order, dated March 26, 1959, denying petitioners' application to vacate and set aside certain orders and directives of the respondents, and dismissing the petition, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ. [15 Misc 2d 250.]